UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Deutsche Bank National Trust Company, | Case No.: 2:17-cv-02423-JAD-CWH |
| Plaintiff | |
| v. | **Order to Disburse Bond** |
| Vegalo Holdings, LLC et al., | |
| Defendants | |

Attorney Martina L. Jaccarino, on behalf of Deutsche Bank National Trust Company, tendered $500 to the Clerk of Court for deposit into the court's Registry Account as security for costs required under NRS 18.130 and my order at ECF No. 11.[1]  Once a bond is posted under NRS 18.130(1), it "must remain for the defendant's benefit until the action is dismissed or judgment is entered."[2]  This action was dismissed with prejudice based on the parties' stipulation more than three years ago.[3]

IT IS THEREFORE ORDERED that the Clerk of Court is directed to disburse and mail the full bond amount plus any interest payable to:

Wright, Finlay & Zak, LLP
7785 W. Sahara Ave. Suite 200
Las Vegas, NV 89117

_____
U.S. District Judge Jennifer A. Dorsey
November 3, 2021

---

[1] ECF No. 15.

[2] *State ex rel. Hersh v. First Judicial Dist. Court*, 464 P.2d 783, 785 (Nev. 1970).

[3] ECF No. 33.